COUNTY OF MORRIS v. WAYNE H. WEINER.

May 10, 1988.

Petition for certification denied.   (See 222 *N.J.Super.* 560)

STATE OF NEW JERSEY v. THOMAS LUISSER.

May 10, 1988.

Petition for certification denied.

YIK SANG CHEUNG v. WILLIAM F. CUNNINGHAM, M.D.

May 10, 1988.

Petition for certification granted, and the judgment of the Appellate Division, reported at 214 *N.J.Super.* 649 (1987), is reversed.  See *Largey v. Rothman*, 110 *N.J.* 204 (1988).  The matter is remanded to the Superior Court, Law Division, for reinstatement of its judgment.

Jurisdiction is not retained.